NATIONAL MARINE SERVICE, INCOR-
PORATED, (formerly Lake Tankers
Corporation), Appellant,

v.

BARRIOS BROS., INC., Appellee.

No. 18503.

United States Court of Appeals
Fifth Circuit.

Feb. 9, 1961.

Alfred M. Farrell, Jr., New Orleans,
La., Terriberry, Rault, Carroll, Martinez
& Yancey, New Orleans, La., of counsel,
for appellant.

Cornelius G. Van Dalen, New Orleans,
La., Deutsch, Kerrigan & Stiles, New Or-
leans, La., of counsel, for appellee.

Before TUTTLE, Chief Judge,
JONES, Circuit Judge, and MIZE, Dis-
trict Judge.

PER CURIAM.

The lugger, Young Thelma, owned and
operated by the appellee, sank in the
Southwest Pass of the Mississippi River
as a result of a collision with a tug and
barge of the appellant. The district
court determined that the collision was
caused by the fault of the tug and barge
and allowed full recovery to the appellee
for the loss of the lugger. Barrios Bros.,
Inc. v. Lake Tankers Corporation, D.C.,
188 F.Supp. 300. The district court
made justifiable findings on conflicting
evidence. No question except as to the
sufficiency of the evidence is submitted.
The judgment of the district court is

Affirmed.